IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

In Re: Dale & Lisa Singleton

Case No.: 17-41119

Chapter 13

Debtor(s).

## NOTICE OF WITHDRAWAL

COMES NOW LINDA B. GORE, CHAPTER 13 TRUSTEE, and withdraws the: Objection to claim #6 of United Consumer Financial (Doc. 34) filed by her in the above-styled case on or about 9-29-17    doc #34.

Done this the 10th day of October, 2017.

_____
LINDA B. GORE, ESQUIRE
STANDING CHAPTER 13 TRUSTEE
P. O. Box 1338
Gadsden, Alabama 35902-1338
(256) 546-9262

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been duly served upon the Debtor(s) attorney, Leroy Cobb, via electronic mail at cobblawfirm@gmail.com.

Done this the 10th day of October, 2017.

_____
LINDA B. GORE, TRUSTEE
CHAPTER 13 STANDING TRUSTEE